

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

DAVID J. BRADLEY
CLERK

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2014 NOV 17 PM 3 29

DATE:   November 10, 2014

To:     Clerk, U. S. District Court
        District of New Jersey, Newark Division
        50 Walnut Street
        Newark, NJ  08101

From:   Alisha Maly-Watson, Deputy Clerk

Re:     Case No. 4:14mj1094

        Your Case No. 14-3237 (JBC)
        U.S.A. vs Vadym Iermolovych

   Enclosed   please find all papers pursuant to Rule 5 of the Federal Rules of Criminal Procedure:

         [X]    File (including minutes, orders, etc.)

         [ ]    Bonds (any cash deposited in the Registry will be forwarded under separate cover)

         [ ]    Passports

         [ ]    Other: Govt's Response to Deft's Motion for Release of Property

         [X]    Please sign and return a copy of this form in the enclosed envelope.

             Rec'd By: _____

             Date:_____

# Courtroom Minutes

**CLERK, U.S. DISTRICT COURT – SOUTHERN DISTRICT OF TEXAS**

**FILED:** 11/10/14
**DAVID BRADLEY, Clerk**

- [x] INITIAL APPEARANCE
- [ ] RULE 40 HEARING
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] PRELIMINARY HEARING
- [ ] BOND HEARING
- [ ] HEARING CONTINUED ON _____

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701
OPEN: 2:40  ADJOURN: 3:02
Case Manager: Cindy Jantowski
RECESS FROM: ___ TO: ___
ERO: P. Crawford
Pretrial Services Officer: E. DeLeon
- [x] Other District: New Jersey
- [x] Other Division: Newark
Case No. Mag 14-3237 (JBC)

INTERPRETER REQUIRED: [ ] No  [x] Yes, Name: Russian – Nina Borisova

Criminal No. **14MJ1094**   Defendant No. ____   USDJ ____

AUSA: Michael Chu

UNITED STATES OF AMERICA vs **VADYM IERMOLOVYCH**

Counsel for Defendants: Appt – (A), Retd – (R), FPD – (F)

- Date of arrest: _____
- [x] Deft first appearance. Deft advised of rights/charges. [ ] SRT/Probation violator [ ] Pretrial Release Violator  ★ **CASE UNSEALED**
- Deft first appearance with counsel.
  [ ] Deft _____ appeared [ ] with [ ] without counsel.
- Requests appointed counsel.
- [x] FINANCIAL AFFIDAVIT executed.  [ ] Court orders defendant to pay $____ to CJA Fund
- [x] Order appointing Federal Public Defender. (Margy Meyers Present)
- Private Counsel appointed, _____.
- Deft advises he/she will retain counsel. He/she retained _____.
- Bond [ ] set $____ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $____ Deposit.
- Bond [ ] revoked [ ] reinstated.
  ★ **Deft remanded to custody, transport to New Jersey by 11/12/14. Order signed**
- Deft advised of conditions of release.
- Surety signatures required _____.
- No bond set at this time, 10 day DETENTION ORDER entered.
- ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ORDER OF DETENTION PENDING TRIAL entered.  *Sealed order signed*
- [x] Court finds [x] IDENTITY [ ] Probable Cause.
- BOND EXECUTED and defendant released.
- Deft REMANDED to CUSTODY  [x] Deft ORDERED REMOVED to Originating District. — New Jersey
- [x] WAIVER of [ ] Preliminary [x] Identity [ ] Detention Hearing [ ] Detention Hrg in this district [ ] State Custody
- Arraignment set _____
- [ ] Detention Hearing set _____
- Preliminary set _____
- [ ] Counsel Determination Hearing set _____
- Identity/Removal Hearing set _____

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES   X MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. **SEALED**   FOR: Southern District of Texas   AT: Houston Division

LOC: **FILED** — United States Courts, Southern District of Texas, NOV 1 0 2014, David J. Bradley, Clerk of Court

PERSON REPRESENTED (Show your full name): **Vadym Iermolovych**

- 1 [X] Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate: **14-MJ-1094**
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable): X Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  [X] No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? [X] Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ **unknown**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ _____   SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  [X] No   IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  [X] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ _____   DESCRIPTION _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - [X] MARRIED
  - ☐ WIDOWED
  - ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **0**
- List persons you actually support and your relationship to them: **None**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| Apartment - w/ Mother. Lives, gives no contribution | | $ | $ 0 |
| Cell Phone | | $ | $ 10 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **11/10/14**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ /signed/

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL CASE:
§
__VAdyM IERMOLOVych__ § /4-MJ-1094
§
§

## Order Appointing Counsel

Because the defendant has satisfied this court that he/she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him/her.

Signed on __11/10/11__ in Houston, Texas.

Mary Milloy
United States Magistrate Judge

By Order of the Court

__C Jantowski__
Deputy Clerk

__11/10/11__
Date

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
NOV 1 0 2014
David J. Bradley, Clerk of Court

United States of America )
v. )  Case No. H-14-1094M
___Vadym Ierdovya___ )
Defendant )  Charging District's Case No. 14-3237
 )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___New Jersey___

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[X] a preliminary or detention hearing to which I may be entitled in this district, and production of the warrant. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___11/10/14___

___[signature]___
Defendant's signature

___[signature]___
Signature of defendant's attorney

___Marjorie Meyers___
Printed name of defendant's attorney

# WARNING AND CONSENT TO SPEAK

## WARNING OF RIGHTS

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to talk to a lawyer for advice before we question you and to have him with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court. If you decide to answer questions now without a lawyer present, you will still have the right to stop the questioning at any time. You also have the right to stop the questioning at any time until you talk to a lawyer.



GOVERNMENT'S EXHIBIT
A

I have read this statement of my rights and it has been read to me, and I understand what my rights are.

Date  11/7/14

Time  11:17

Signature

## WAIVER

I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or force of any kind has been used against me. I hereby voluntarily and intentionally waive my right to remain silent and my right to have an attorney at this time. I am willing to make a statement and answer questions.

Date  11/7/14

Time  11:18

Signature

## CERTIFICATION

I hereby certify that the foregoing Warning of Rights and Waiver were read by me to the above signatory, and that he also read it and has affixed his signature hereto in my presence.

_____  _____
Witness                   Signature

_____
Witness

UNITED STATES SECRET SERVICE
This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS

SSF 1737B 01/83)

## WAIVER OF RIGHT TO SPEEDY APPEARANCE
## BEFORE A FEDERAL MAGISTRATE

I, ___VADYM  IERMOLOUYCH___ have been informed of the nature of the charges against me, which are contained in a:

Criminal Complaint, Mag. No. 14-3237, filed on November 5, 2014.

    I understand that, as a result of my arrest on November 7, 2014, I have the right to be taken before a federal magistrate judge without unnecessary delay and that the magistrate judge would tell me: (a) about the complaint against me and any affidavit filed with it; (b) that I have a right to retain counsel or to request that counsel be appointed if I cannot obtain counsel; (c) about the circumstances, if any, under which I may secure pretrial release; (d) that I have a right to a preliminary hearing; and (e) that I have a right not to make a statement and that any statement I make may be used against me. I further understand that the magistrate judge would allow me reasonable opportunity to consult with counsel and would detain or release me as provided by the applicable statute and rules.

    Knowing and understanding all of this, I nevertheless knowingly, voluntarily, and intentionally waive my right to a speedy appearance before a federal magistrate for a period of 3 days—until November 10, 2014.

❑ (Check if applicable)     This document has been translated for me into _____ and I understand it completely.

Dated: __11/7/14__          Signed: _____

Witnessed: _____
_____


GOVERNMENT'S
EXHIBIT
B