United States District Court
For the District of New Jersey

UNITED STATES OF AMERICA          :

      v.                              :     **WAIVER OF INDICTMENT**

VADYM IERMOLOVYCH                 :     Criminal Number: 16-235(MCA)

    I, Vadym Iermolovych, the above-named defendant, who is charged with:

- conspiracy to commit wire fraud, contrary to 18 U.S.C. § 1343, and in violation of 18 U.S.C. § 1349;

- conspiracy to commit fraud and related activity in connection with computers, contrary to 18 U.S.C. § 1030(a)(2)(C), and in violation of 18 U.S.C. § 371; and

- aggravated identity theft in violation of Title 18, United States Code, Section 1028A(a)(1).

being advised of the nature of the charge(s), the proposed Information, and my rights, hereby waive in open court on ____May 16, 2016____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                         _____
                                         Vadym Iermolovych

                                         _____
                                         K. Anthony Thomas, Esq.
                                         Counsel for Defendant

Before: _____
             HON. MADELINE COX ARLEO
             United States District Judge